| **Fill in this information to identify the case:** |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____   Chapter   **11** |

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy         04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Winstar Investments, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Winstar Total Logistics** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **83-0796656** |
| 4. | Debtor's address | **Principal place of business**<br><br>**111 North Orange Ave.**<br>**Suite 800**<br>**Orlando, FL 32801**<br>Number, Street, City, State & ZIP Code<br><br>**Orange**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Winstar Investments, LLC**                                  Case number (*if known*)
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Winstar Investments, LLC**   Case number (*if known*) _____
      Name

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No<br>■ Yes. |

List all cases. If more than 1, attach a separate list

Debtor **Xtreme Quality Logistic, LLC**   Relationship _____
District **Middle District of Florida**   When **8/15/25**   Case number, if known **6:25-bk-05194**

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
    Contact name _____
    Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000<br>■ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor   **Winstar Investments, LLC**                              Case number (*if known*) _____
          Name

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☒ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Winstar Investments, LLC**  Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 15, 2025**
MM / DD / YYYY

X **/s/ Carlos J. Ocasio**                                **Carlos J. Ocasio**
Signature of authorized representative of debtor          Printed name

Title **Managing Member**

**18. Signature of attorney**

X **/s/ Daniel A. Velasquez**                             Date **August 15, 2025**
Signature of attorney for debtor                          MM / DD / YYYY

**Daniel A. Velasquez 0098158**
Printed name

**Latham Luna Eden & Beaudine LLP**
Firm name

**201 S. Orange Avenue**
**Suite 1400**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone **(407) 481-5800**    Email address **dvelasquez@lathamluna.com**

**0098158 FL**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Winstar Investments, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ADP Inc.**<br>PO Box 9001006<br>Louisville, KY 40290 | | **Trade Debt** | | | | $85,285.60 |
| **Bowman Trailer Leasing**<br>PO Box 433<br>Williamsport, MD 21795 | | **Lease Agreement** | | | | $8,173.00 |
| **Colossal Truck Sales**<br>2155 E State Road 60<br>Lake Wales, FL 33859 | | **Finance Agreement** | | | | $18,000.00 |
| **Diesel Direct LLC**<br>5000 U.S. Hwy 17 Suite 18, #201<br>Orange Park, FL 32003 | | **Finance Agreement** | | | | $123,783.38 |
| **Direct Chassis**<br>PO Box 603061<br>Charlotte, NC 28260 | | **Finance Agreement** | | | | $6,422.72 |
| **Express Capital Funding**<br>160 North Riverview Dr.<br>Ste 225<br>Anaheim, CA 92808 | | **Personal Property** | | $13,528.63 | $0.00 | $13,528.63 |
| **FlexiVan Leasing, LLC**<br>PO Box 660367<br>Dallas, TX 75266-0367 | | **Lease Agreement** | | | | $13,280.70 |
| **Florida Utility Trailers**<br>1101 S Orange Blossom Trail<br>Apopka, FL 32703 | | **Finance Agreement** | | | | $38,893.07 |

Debtor **Winstar Investments, LLC**  
 Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Florida Utility Trailers** 1101 S Orange Blossom Trail Apopka, FL 32703 | | **Finance Agreement** | | | | $38,893.07 |
| **Florida Utility Trailers** 1101 S Orange Blossom Trail Apopka, FL 32703 | | **Finance Agreement** | | | | $24,087.19 |
| **National Funding, Inc.** 9530 Towne Centre Drive Suite 120 San Diego, CA 92121 | | **Finance Agreement** | | | | $100,552.50 |
| **Paychex** 911 Panorama Trail South Rochester, NY 14625 | | **Trade Debt** | | | | $18,483.64 |
| **Port City Logistics Inc.** 195 Nordic Way Pooler, GA 31322 | | **Finance Agreement** | | | | $50,545.42 |
| **Reliance Partners Capital Premium Financing, LLC** 12235 S 800 E Draper, UT 84020 | | **Trade Debt** | | | | $29,014.39 |
| **Reliance Partners Capital Premium Financing, LLC** 12235 S 800 E Draper, UT 84020 | | **Trade Debt** | | | | $7,699.07 |
| **Roadex Solutions, LLC** 32900 Five Mile Road Livonia, MI 48154 | | **Finance Agreement** | | | | $103,118.33 |
| **SLR Industries LLC** 210 Carolan St. Savannah, GA 31415 | | **Trade Debt** | | | | $5,000.00 |
| **The Direct Chassis Link** 3525 Whitehall Park Drive Suite 400 Charlotte, NC 28273 | | **Finance Agreement** | | | | $10,000.00 |

Debtor **Winstar Investments, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TRAC Intermodal**<br>**750 College Rd E**<br>**Princeton, NJ 08540** | | **Trade Debt** | | | | $10,681.42 |
| **Trend Intermodal**<br>**Chassis Group**<br>**78 John Miller Way**<br>**Kearny, NJ 07032** | | **Trade Debt** | | | | $8,388.50 |

# United States Bankruptcy Court
## Middle District of Florida

In re  **Winstar Investments, LLC**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Carlos Ocasio**<br>111 E. Monument Ave.<br>Suite 323<br>Kissimmee, FL 34743 | | **50%** | **Managing Member** |
| **Kevin Main**<br>111 E. Monument Ave.<br>Suite 323<br>Kissimmee, FL 34743 | | **50%** | **Managing Member** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **August 15, 2025**

Signature  **/s/ Carlos J. Ocasio**
**Carlos J. Ocasio**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re: **Winstar Investments, LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **August 15, 2025**

**/s/ Carlos J. Ocasio**
**Carlos J. Ocasio**/**Managing Member**
Signer/Title

Winstar Investments, LLC - - Pg. 1 of 2

Winstar Investments, LLC
111 North Orange Ave.
Suite 800
Orlando, FL 32801

Direct Chassis
PO Box 603061
Charlotte, NC 28260

Maersk
180 Park Avenue
Building 105
Florham Park, NJ 07932

Daniel A. Velasquez
Latham Luna Eden & Beaudine LLP
201 S. Orange Avenue
Suite 1400
Orlando, FL 32801

Express Capital Funding
160 North Riverview Dr.
Ste 225
Anaheim, CA 92808

Motor Carrier Services
16 Olive Road
Buffalo, MO 65622

ADP Inc.
PO Box 9001006
Louisville, KY 40290

Flat Rate Funding Group LLC
32900 5 Mile Road
Livonia, MI 48154

National Funding, Inc.
9530 Towne Centre Drive
Suite 120
San Diego, CA 92121

BestPass Inc.
PO Box 786587
Philadelphia, PA 19178-6587

Fleet Pride
PO Box 281811
Atlanta, GA 30384-1811

North American Chassis Pool Co.

Bowman Trailer Leasing
PO Box 433
Williamsport, MD 21795

FlexiVan Leasing, LLC
PO Box 660367
Dallas, TX 75266-0367

Ocean Network Express Inc.
377 E. Butterfield Rd.
Suite 500

Carlos Ocasio
111 E. Monument Ave.
Suite 323
Kissimmee, FL 34743

Florida Utility Trailers
1101 S Orange Blossom Trail
Apopka, FL 32703

Paychex
911 Panorama Trail South
Rochester, NY 14625

Colossal Truck Sales
2155 E State Road 60
Lake Wales, FL 33859

Florida Utility Trailers
1101 S Orange Blossom Trail
Apopka, FL 32703

Port City Logistics Inc.
195 Nordic Way
Pooler, GA 31322

Diesel Direct LLC
5000 U.S. Hwy 17
Suite 18, #201
Orange Park, FL 32003

Florida Utility Trailers
1101 S Orange Blossom Trail
Apopka, FL 32703

Reliance Partners
Capital Premium Financing, LLC
12235 S 800 E
Draper, UT 84020

Diesel Direct LLC
5000 U.S. Hwy 17
Suite 18, #201
Orange Park, FL 32003

Kevin Main
111 E. Monument Ave.
Suite 323
Kissimmee, FL 34743

Reliance Partners
Capital Premium Financing, LLC
12235 S 800 E
Draper, UT 84020

Roadex Solutions, LLC
32900 Five Mile Road
Livonia, MI 48154

Verizon
PO Box 16810
Newark, NJ 07101-6810

SLR Industries LLC
210 Carolan St.
Savannah, GA 31415

South Atlantic Consolidated
Chassis Pool, LLC
100 Enterprise Drive
Suite 601
Rockaway, NJ 07866

The Direct Chassis Link
3525 Whitehall Park Drive
Suite 400
Charlotte, NC 28273

The Simplex Group, Inc.
7500 NW 52nd Street, Ste 100
Miami, FL 33166

TRAC Intermodal
750 College Rd E
Princeton, NJ 08540

Trend Intermodal Chassis Group
78 John Miller Way
Kearny, NJ 07032

Tucker, Albin & Associates, Inc.
c/o Seth Copeland
1702 N. Collins Blvd. #100
Richardson, TX 75080

TVC Pro-Driver Group
14313 N May Ave.
Oklahoma City, OK 73134

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Middle District of Florida

In re **Winstar Investments, LLC**                                                                                     Case No.
                                                    Debtor(s)                                                          Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | |
    |---|---|
    | For legal services, I have agreed to accept | $ **10,000.00** |
    | Prior to the filing of this statement I have received | $ **10,000.00** |
    | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3. The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **August 15, 2025** | **/s/ Daniel A. Velasquez** |
| *Date* | **Daniel A. Velasquez 0098158** |
| | *Signature of Attorney* |
| | **Latham Luna Eden & Beaudine LLP** |
| | **201 S. Orange Avenue** |
| | **Suite 1400** |
| | **Orlando, FL 32801** |
| | **(407) 481-5800  Fax: (407) 481-5801** |
| | **dvelasquez@lathamluna.com** |
| | *Name of law firm* |